

```
                                              Priority
                                              Send
                                              Clsd
                                              Enter
                                              JS-5/JS-6
                                              JS-2/JS-3
                                              Scan Only
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH CURVE, INC., | Case No. CV 05-04820 DDP(AJWx) |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| VENALI, INC., | |
| Defendant. | |

Pursuant to the Federal Rules of Civil Procedure 16(b), the Court issues the following Order:

Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, will be completed prior to the discovery cut-off date. The Court adopts all the defendant's deadlines as set forth in the Rule 26 (f) Report.

///
///

```
LAST DAY TO JOIN OTHER PARTIES
AND TO AMEND THE PLEADINGS 05-22-06

DISCOVERY CUT-OFF 03-30-07

LAST DAY TO FILE MOTIONS 04-09-07

FINAL PRE TRIAL CONFERENCE 09-10-07 at 4:00 p.m.

13 DAY JURY TRIAL 09-25-07 at 9:00 a.m.
```

Dated: February 27, 2006

/s/ Dean D. Pregerson
DEAN D. PREGERSON
United States District Judge

2