1  Robert A. Sacks (SBN 150146)
   Brian R. England (SBN 211335)
2  Edward E. Johnson (SBN 241065)
   SULLIVAN & CROMWELL LLP
3  1888 Century Park East
   Los Angeles, California 90067-1725
4  Telephone: (310) 712-6600
   Facsimile: (310) 712-8800
5  E-mail: sacksr@sullcrom.com
           englandb@sullcrom.com
6          johnsonee@sullcrom.com

7  *Attorneys for Plaintiff and Counterclaim-Defendant
   Catch Curve, Inc. and Third Party Defendant j2 Global
8  Communications, Inc.*

9  John C. Carey (admitted pro hac vice)
   Douglas L. O'Keefe (admitted pro hac vice)
10 CAREY, RODRIGUEZ,
   GREENBERG & PAUL LLP
11 1395 Brickell Avenue, Suite 700
   Miami, Florida 33131
12 Telephone: (305) 372-7474
   Facsimile: (305) 372-7475
13
   *Attorneys for Defendant, Counter-claimant and Third
14 Party Plaintiff Venali, Inc.*

15

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18

| CATCH CURVE, INC., | Case No. CV 05-4820 DDP (AJWx) |
|---|---|
| Plaintiff | **JOINT STIPULATION REGARDING SCOPE OF EXPERT DISCOVERY** |
| v. | |
| VENALI, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | |

WHEREAS, the parties have retained expert witnesses;

WHEREAS, the parties have reached an agreement concerning expert discovery;

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:

Communications between counsel and the parties' respective retained experts, including drafts of expert reports, are not discoverable in this action.

December 12, 2007        Respectfully submitted,

JOHN C. CAREY
DOUGLAS L. O'KEEFE
CAREY, RODRIGUEZ, GREENBERG & PAUL LLP

_____
Douglas L. O'Keefe

Attorneys for Defendant, Counterclaimant and Third Party Plaintiff Venali, Inc.

December 12, 2007        Respectfully submitted,

ROBERT A. SACKS
BRIAN R. ENGLAND
EDWARD E. JOHNSON
SULLIVAN & CROMWELL LLP

_____
Robert A. Sacks

Attorneys for Plaintiff and Counter-Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.