1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Brian R. England (SBN 211335)
   englandb@sullcrom.com
3  Edward E. Johnson (SBN 241065)
   johnsonee@sullcrom.com
4  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
5  Los Angeles, California 90067-1725
   Tel.:  (310) 712-6600
6  Fax:  (310) 712-8800

7  Frank L. Bernstein (SBN 189504)
   fbernstein@kenyon.com
8  KENYON & KENYON LLP
   333 West San Carlos Street, Suite 600
9  San Jose, California 95110
   Tel.:  (408) 975-7500
10 Fax:  (408) 975-7501

11 Attorneys for Third Party Defendant
   j2 Global Communications, Inc.

   UNITED STATES DISTRICT COURT

   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH CURVE, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>VENALI, INC.,<br><br>   Defendant.<br><br>AND RELATED CROSS-ACTION AND THIRD PARTY COMPLAINT | Case No. CV 05-4820 DDP (AJWx)<br><br>**THIRD PARTY DEFENDANT j2 GLOBAL COMMUNICATIONS, INC'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS UNDER FED. R. CIV. P. 30(g)**<br><br>**DISCOVERY MATTER**<br><br>[Cent. Dist. Civ. L. R. 37-2]<br><br>Discovery Cutoff Date: 2/28/08<br>Pretrial Conference Date: 6/2/08<br>Trial Date: 6/10/08<br><br>Judge: Hon. Andrew J. Wistrich<br>Courtroom: 690<br>Hearing: January 7, 2007<br>Time: 10:00 a.m. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 7, 2007, at 10:00 a.m., or as soon thereafter as the matter may be heard in the United States District Court, Central District of California, located at Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012, Third Party Defendant j2 Global Communications, Inc., through its undersigned counsel, will, and hereby does, move for attorneys' fees and costs under Fed. R. Civ. P. 30(g). This Motion is made following a conference of counsel pursuant to L.R. 7-3 which took place on October 12, 2007.

This Motion will be based upon this Notice of Motion and Motion, the accompanying Joint Stipulation under Local Rule 37-2, the accompanying Declaration of Brian R. England, and such additional material as may be considered at the hearing.

Dated: December 13, 2007

Respectfully submitted,

*/s/ Robert A. Sacks /BEJ*

Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

Of Counsel:
Jeffrey S. Gerchick
KENYON & KENYON LLP
1500 K Street, N.W.
Suite 700
Washington, D.C. 20005-1257
(202) 220-4200
(202) 220-4201 facsimile

Frank L. Bernstein (SBN 189504)
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, California 95110
(408) 975-7500
(408) 975-7501 facsimile

Attorneys for Third Party Defendant
j2 GLOBAL COMMUNICATIONS, INC.