UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV 05-4820 DDP (AJWx)          Date:  December 14, 2007

Title:     CATCH CURVE, INC. v. VENALI, INC.
================================================================
PRESENT:   **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

<u>     Ysela Benavides     </u>             <u>                         </u>
         Deputy Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
          None Present                              None Present

**ORDER REGARDING J2 GLOBAL COMMUNICATIONS, INC.'S MOTION FOR ATTORNEYS FEES AND COSTS UNDER FED. R. CIV. P. 30(g)**

Considering all the circumstances, the motion is **denied**.

**IT IS SO ORDERED.**

cc:  Parties