Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
E-mail: sacksr@sullcrom.com
         englandb@sullcrom.com
         johnsonee@sullcrom.com

*Attorneys for Plaintiff and Counterclaim-Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.*

John C. Carey (admitted pro hac vice)
Douglas L. O'Keefe (admitted pro hac vice)
CAREY, RODRIGUEZ, GREENBERG & PAUL LLP
1395 Brickell Avenue, Suite 700
Miami, Florida  33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Attorneys for Defendant, Counter-claimant and Third Party Plaintiff Venali, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATCH CURVE, INC., <br><br> Plaintiff <br><br> v. <br><br> VENALI, INC. <br><br> Defendant. <br><br><br> AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | Case No. CV 05-04820 DDP (AJWx) <br><br> **ORDER RE JOINT STIPULATION REGARDING SCOPE OF EXPERT DISCOVERY** |

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:

Communications between counsel and the parties' respective retained experts, including drafts of expert reports, are not discoverable in this action.

IT IS SO ORDERED.

Dated: 01-07-08

_____
United States District Judge
Hon. Dean D. Pregerson