Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
E-mail: sacksr@sullcrom.com
        englandb@sullcrom.com
        johnsonee@sullcrom.com

*Attorneys for Plaintiff and Counterclaim-Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.*

John C. Carey (admitted pro hac vice)
Douglas L. O'Keefe (admitted pro hac vice)
CAREY, RODRIGUEZ, GREENBERG & PAUL LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Attorneys for Defendant, Counterclaimant and Third Party Plaintiff Venali, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH CURVE, INC.,<br><br>            Plaintiff<br><br>      v.<br><br>VENALI, INC.<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | Case No. CV 05-4820 DDP (AJWx)<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER** |

1       WHEREAS, pursuant to the Court's Order dated January 24, 2008, the
2 discovery cutoff in this matter is currently scheduled for June 30, 2008;
3       WHEREAS, pursuant to the Court's Order dated January 24, 2008, the
4 deadline for filing dispositive motions in this matter is currently scheduled for June
5 9, 2008;
6       WHEREAS, pursuant to the Court's Order dated January 24, 2008, the
7 trial in this matter is currently scheduled to begin on October 14, 2008;
8       WHEREAS, the parties agree that the discovery cutoff and deadline for
9 filing dispositive motions should be continued to provide adequate time for expert
10 discovery and briefing of dispositive motions;
11       WHEREAS, this continuance will not affect the trial date in this
12 matter;
13 / / /
14 / / /

NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE THAT:

1) The discovery cutoff be moved to August 30, 2008; and

2) The deadline for filing dispositive motions be moved to July 25, 2008.

Dated: 6/26/08

Respectfully submitted,

DOUGLAS L. O'KEEFE
CAREY, RODRIGUEZ, GREENBERG & PAUL LLP

_____
Douglas L. O'Keefe

*Attorneys for Defendant, Counterclaimant and Third Party Plaintiff Venali, Inc.*

Dated: 6/26/08

Respectfully submitted,

ROBERT A. SACKS
SULLIVAN & CROMWELL LLP

_____
Robert A. Sacks

*Attorneys for Plaintiff and Counter-Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.*