| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
| 2 | Brian R. England (SBN 211335) |
|   | Edward E. Johnson (SBN 241065) |
| 3 | SULLIVAN & CROMWELL LLP |
|   | 1888 Century Park East |
| 4 | Los Angeles, California 90067-1725 |
|   | Telephone: (310) 712-6600 |
| 5 | Facsimile: (310) 712-8800 |
|   | E-mail: sacksr@sullcrom.com |
| 6 |         englandb@sullcrom.com |
|   |         johnsonee@sullcrom.com |

*Attorneys for Plaintiff and Counterclaim-Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.*

John C. Carey (admitted pro hac vice)
Douglas L. O'Keefe (admitted pro hac vice)
CAREY, RODRIGUEZ,
GREENBERG & PAUL LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Attorneys for Defendant, Counterclaimant and Third Party Plaintiff Venali, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH CURVE, INC., | Case No. CV 05-4820 DDP (AJWx) |
| Plaintiff | |
| v. | **[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER** |
| VENALI, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | |

1  |  Pursuant to the stipulation of the parties, and good cause appearing
2  |  therefore, IT IS HEREBY ORDERED as follows:
3  |    1) The discovery cutoff is moved to August 30, 2008; and
4  |    2) The deadline for filing dispositive motions is moved to July 25,
5  |  2008.

Dated: _____, 2008

_____
Honorable Dean D. Pregerson
United States District Judge