Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
E-mail: sacksr@sullcrom.com
        englandb@sullcrom.com
        johnsonee@sullcrom.com

*Attorneys for Plaintiff and Counterclaim-Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.*

John C. Carey (admitted pro hac vice)
Douglas L. O'Keefe (admitted pro hac vice)
CAREY, RODRIGUEZ,
GREENBERG & PAUL LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Attorneys for Defendant, Counterclaimant and Third Party Plaintiff Venali, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH CURVE, INC., <br><br> Plaintiff <br><br> v. <br><br> VENALI, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | Case No. CV 05-4820 DDP (AJWx) <br><br> **[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER** |

1  Pursuant to the stipulation of the parties, and good cause appearing
2  therefore, IT IS HEREBY ORDERED as follows:
3      1)  The discovery cutoff is moved to September 12, 2008;
4      2)  The deadline for filing dispositive motions is moved to August
5  22, 2008;
6      3)  The final pretrial conference is moved to November 24, 2008;
7  and
8      4)  The trial date is moved to December 9, 2008.

Dated: _____, 2008

_____
Honorable Dean D. Pregerson
United States District Judge