Robert A. Sacks (SBN 150146)  NOTE: CHANGES MADE BY THE COURT
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
E-mail: sacksr@sullcrom.com
        englandb@sullcrom.com
        johnsonee@sullcrom.com

*Attorneys for Plaintiff and Counterclaim-Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.*

John C. Carey (admitted pro hac vice)
Douglas L. O'Keefe (admitted pro hac vice)
CAREY, RODRIGUEZ, GREENBERG & PAUL LLP
1395 Brickell Avenue, Suite 700
Miami, Florida  33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Attorneys for Defendant, Counterclaimant and Third Party Plaintiff Venali, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATCH CURVE, INC., <br><br> Plaintiff <br><br> v. <br><br> VENALI, INC. <br><br> Defendant. | Case No. CV 05-04820 DDP (AJWx) <br><br> **ORDER MODIFYING THE SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | |

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1) The discovery cutoff is moved to September 12, 2008;

2) The deadline for filing dispositive motions is moved to August 22, 2008;

3) The final pretrial conference is moved to December 1, 2008, 4:00 p.m.; and

4) The trial date is moved to December 9, 2008, at 9:00 a.m.

Dated: __July 29, 2008_____     _____
                                          Honorable Dean D. Pregerson
                                          United States District Judge

[PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER