Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Brian R. England (SBN 211335)
englandb@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, California 95110
Tel.:  (408) 975-7500
Fax:  (408) 975-7501

*Attorneys for Plaintiff and Counterclaim Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH CURVE, INC.,<br><br>               Plaintiff<br><br>    v.<br><br>VENALI, INC.<br><br>               Defendant.<br><br>AND RELATED CROSS-ACTION AND THIRD PARTY COMPLAINT | Case No. CV 05-4820 DDP (AJWx)<br><br>**DECLARATION OF EDWARD E. JOHNSON IN SUPPORT OF CATCH CURVE, INC. AND J2 GLOBAL COMMUNICATIONS, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE AND/OR EXCLUDE TESTIMONY FROM DR. RICHARD SMITH**<br><br>Judge:    Hon. Dean D. Pregerson<br>Date:     October 6, 2008<br>Time:    10:00 a.m.<br>Courtroom: 3 |

# DECLARATION OF EDWARD E. JOHNSON

I, Edward E. Johnson, declare as follows:

1. I am an attorney admitted to the Bar of the State of California and to the Bar of this Court. I am an associate of the law firm of Sullivan & Cromwell LLP, co-counsel to Plaintiff Catch Curve, Inc. in this action. I submit this Declaration in support of Catch Curve, Inc. and j2 Global Communications, Inc.'s ("j2") Motion to Strike and/or Exclude Testimony from Dr. Richard Smith. I have personal knowledge of the facts set forth herein, and, if called to testify, could and would testify competently thereto.

2. Attached hereto and marked as Exhibit "1" is a true and correct copy of excerpts of the deposition of Douglas O'Keefe, taken on September 19, 2007.

3. Attached hereto and marked as Exhibit "2" is a true and correct copy of excerpts of the deposition of Dr. Richard Smith.

4. Attached hereto and marked as Exhibit "3" is a true and correct copy of Dr. Smith's expert report on behalf of Venali, Inc.

5. Attached hereto and marked as Exhibit "4" is a true and correct copy of excerpts of the deposition of Ralph Musgrove.

6. Attached hereto and marked as Exhibit "5" is a true and correct copy of excerpts of the deposition of Amin El-Gazzar.

7. Attached hereto and marked as Exhibit "6" is a spreadsheet generated by j2, showing the percentage of customers who choose to switch to a new telephone number upon switching from j2's free service to its paid service. I am informed that "Upgrade" means the customer chose to receive a new number, and "Convert" means the customer retained his or her number.

8. Attached hereto and marked as Exhibit "7" is a true and correct copy of the expert report of Vandy M. Howell, Ph.D. submitted on behalf of Catch Curve, Inc. and Venali, Inc.

9. Attached hereto and marked as Exhibit "8" is a true and correct copy of excerpts of the deposition of John Poncy.

10. Attached hereto and marked as Exhibit "9" is a true and correct copy of excerpts of the deposition of Scott Turicchi.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of September, 2008 at Los Angeles, California.

_____
Edward E. Johnson