Robert A. Sacks (SBN 150146)
Brian R. England (SBN 211335)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
E-mail: sacksr@sullcrom.com
         englandb@sullcrom.com
         johnsonee@sullcrom.com

*Attorneys for Plaintiff and Counterclaim-Defendant Catch Curve, Inc. and Third Party Defendant j2 Global Communications, Inc.*

John C. Carey (admitted pro hac vice)
Douglas L. O'Keefe (admitted pro hac vice)
CAREY, RODRIGUEZ,
GREENBERG & PAUL LLP
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

*Attorneys for Defendant, Counterclaimant and Third Party Plaintiff Venali, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATCH CURVE, INC.,<br><br>          Plaintiff<br><br>     v.<br><br>VENALI, INC.<br><br>          Defendant. | Case No. CV 05-4820 DDP (AJWx)<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT, TO STRIKE AND/OR EXCLUDE TESTIMONY, AND FOR ATTORNEYS' FEES, AND MODIFYING THE SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIMS AND THIRD PARTY COMPLAINT | |

|   |   |
|---|---|
| 1 | Pursuant to the stipulation of the parties, and good cause appearing |
| 2 | therefore, IT IS HEREBY ORDERED as follows: |
| 3 | 1) The hearing on j2 Global Communications, Inc. and Catch |
| 4 | Curve, Inc.'s Motion for Partial Summary Judgment is moved to October 20, 2008; |
| 5 | 2) The hearing on j2 Global Communications, Inc. and Catch |
| 6 | Curve, Inc.'s Motion to Strike and/or Exclude Testimony from Dr. Richard Smith is |
| 7 | moved to October 20, 2008; |
| 8 | 3) The hearing on Venali, Inc.'s Motion for Attorneys Fees is |
| 9 | moved to October 20, 2008; |
| 10 | 4) The final pretrial conference is moved to February 16, 2008; and |
| 11 | 5) The trial date is moved to February 24, 2008. |

Dated: _____, 2008

_____
Honorable Dean D. Pregerson
United States District Judge