1
2
3
4
5
6
7
8
9
10

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11  CATCH CURVE, INC.,    Case No. CV 05-04820 DDP (AJWx)
12
13            Plaintiff    **JUDGMENT**
14        v.
15  VENALI, INC.
16            Defendant.
17  ─────────────────────────────
18
19  AND RELATED CROSS-ACTION
    AND THIRD PARTY COMPLAINT
20
21
22
23
24
25
26
27
28

        Based upon the Court's Order Granting Defendant Venali, Inc.'s ("Venali") Motion for Summary Judgment, entered August 13, 2008, and the Court's Order Granting Plaintiff Catch Curve, Inc. ("Catch Curve") and Third Party Defendant j2 Global Communications, Inc.'s ("j2") Motion for Summary Judgment, entered November 4, 2008,

        IT IS ORDERED, ADJUDGED AND DECREED as follows:

        1)    Judgment on the Complaint is hereby entered in favor of Venali and against Catch Curve.

        2)    Count I of Venali's Counterclaim, for declaratory judgment, is moot.

        4)    Judgment on Counts II and III of Venali's Counterclaim, for antitrust violations, is hereby entered in favor of Catch Curve and against Venali.

        5)    Judgment on Venali's Third Party Complaint against j2 is hereby entered in favor of j2 and against Venali.

        6)    Each party shall bear its own fees and costs.

Dated: December 3, 2008

                                    Clerk of the District Court

SUBMITTED BY:

Dated: November 20, 2008

Robert A. Sacks (Cal. Bar No. 150146)
Brian R. England (Cal. Bar No. 211335)
Edward E. Johnson (Cal. Bar No. 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Tel: (310) 712-6600
Fax: (310) 712-8800